FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 25 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TURNER SPORTS INTERACTIVE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANIEL DAOU, GEORGES DAOU ) <br> and BARRY NUSSBAUM, ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE <br> NO. 1:09-CV-1540 GET |

## CONSENT ORDER

The Parties have reached a settlement of the above-referenced action which is reflected in the Settlement Agreement attached hereto as Exhibit "A." The Settlement Agreement provides that Defendants Daniel Daou, Georges Daou and Barry Nussbaum ("Defendants") will make certain specified payments to Turner Sports Interactive, Inc. ("TSI") pursuant to a payment schedule set forth in the Settlement Agreement. The Settlement Agreement further provides that if Defendants default on their obligation to make any of the specified payments set forth in the payment schedule, then TSI shall have the right to immediately seek entry of a Consent Judgment against Defendants Daniel Daou, Georges Daou and

Barry Nussbaum, jointly and severally, in the amount specified in the Settlement Agreement. The Parties have requested that the Court retain jurisdiction during the period in which Defendants are obligated to make payments to TSI under the Settlement Agreement to facilitate the Parties' settlement. Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

(1) this action is hereby administratively closed pending Defendants' payment of all amounts as specified pursuant to the schedule set forth in the Settlement Agreement;

(2) in the event that Defendants default on their obligation to timely and fully make any of the payments set forth in the Settlement Agreement, TSI shall have the right to immediately seek entry of the Consent Judgment in the amount specified in the Settlement Agreement;

(3) in the event that Defendants complete their performance under the Settlement Agreement by making all payments due pursuant to the schedule set forth in the Settlement Agreement, upon the request of Defendants, TSI shall file with the Court a Notice of Dismissal With Prejudice which finally terminates this action.

SO ORDERED this 25th day of September, 2009.

_____
G. ERNEST TIDWELL
JUDGE, UNITED STATES DISTRICT COURT,
Northern District of Georgia

CONSENTED TO:

_____
Daniel S. Levinson
*dsl@levinsonapc.com*
Law Office of Daniel S. Levinson
990 Highland Drive, Suite 206
Solana Beach, California 92075
Telephone: 858.792.1100
Facsimile: 858.792.1106
**Attorney for Defendants Daniel Daou,
Georges Daou and Barry Nussbaum**

_____
James A. Lamberth
Georgia Bar No. 431851
*james.lamberth@troutmansanders.com*
Troutman Sanders LLP
Suite 5200, Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404) 885-3000
**Attorneys for Plaintiff Turner Sports Interactive, Inc.**

# CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2009, I electronically filed the foregoing Consent Order with the Clerk of this Court and that I mailed a copy thereof by United States Postal Service to the following non-CM/ECF participants.

> Daniel S. Levinson, Esquire
> 990 Highland Drive, Suite 206
> Solana Beach, California 92075

/s/   *James A Lamberth*
Georgia Bar No. 431851
Attorney for Plaintiff

TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
Telephone:  (404) 885-3000
Telecopy:   (404) 885-3995
Email:      james.lamberth @troutmansanders.com